# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

July 24, 2020

Lyle W. Cayce
Clerk

No. 19-11282
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MANUEL CRIADO, III,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-201-1

Before KING, SOUTHWICK, and HO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Manuel Criado, III, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Criado has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Criado's response. To the extent Criado suggests that he has been denied the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-11282

effective assistance of counsel on appeal, the record is not sufficiently developed to allow us to make a fair evaluation of such a claim; we decline to consider it, but without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.